THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EARL SCHLENKER, Appellant.

(Argued March 9, 1933; decided April 11, 1933.)

*Melvin Greene* for appellant.

*Glenn W. Woodin, District Attorney,* for respondent.

Judgment reversed and new trial granted on the ground that the evidence was insufficient in law to warrant a conviction. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.